Case 3:17-cr-00002-RLY-CMM   Document 336   Filed 02/20/24   Page 1 of 1 PageID #: 1567

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Charles Thomas | )<br>)<br>)<br>) Case No: 3:17CR00002-003<br>) USM No: 15821-028 |
| Date of Original Judgment: 09/16/2020<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Jacob Leon<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  120 months  months **is reduced to**  101 months  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana
By Jina M. Dafe
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated  09/16/2020  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  2/20/2024 

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Richard L. Young, U.S. District Court Judge
*Printed name and title*